MAY 19 2025 PM2:38
FILED - USDC - FLMD - ORL

John Fantel

v.

Patricia Sullivan, Thomas Donnelly, Chris Safford, Clifford Fantel, Donna Fantel, Town of South Kingstown, South Kingstown Police, et al.

## Jurisdiction

Title 28 section 1331

Title 28 section 1332

Title 28 section 1343

Title 28 section 1391 of 28 U.S. Code § 89(b)

## Claim(s)

False filing in federal court house, in contravention of 42 USC section 1981.

Conspiracy to larceny of real property pursuant 42 USC sec. 1982 to maintain forged documents for real property.

42 USC sec. 1983 is a right of action for a deprivation of rights, which include fraudulent criminal filings, a want of jurisdiction as a matter of law, an objectively verifiable pattern of kidnapping of petitioner and attempts to kidnap petitioner.

Conspiracy to interfere with civil rights per 42 USC sec. 1985 by defendants which include persons who hold public office and are subject to article 6 oath clause, which include all executive and judicial officers both of the United States and of the several States.

Patricia Sullivan is directly implicated with 42 USC section 1986 by having knowledge of crimes by conspirators listed as parties both in the criminal complaint affidavit and with case assigned to her of 24-81WES.

## Facts

On April 21, 2025 Patricia Sullivan signed a criminal complaint without any injury within jurisdiction of the united states district court of rhode island, without any injury to the united states, with failure to state a claim of relief makes.

This makes for an incompetent court, and a want of jurisdiction, there is no immunity.

The criminal complain is based upon statements made by affidavit of Thomas Donnelly.

The affidavit uses Clifford and Donna Fantel, and the South Kingstown police as basis.

Petitioner is denied access of courts in the state of Rhode island, and Arizona, for the kidnapping of petitioners minor child by, Clifford Fantel, Donna Fantel, South Kingstown police, and others.

Petitioner is with court order from the family division court in RI at the time of kidnapping.

Clifford and Donna Fantel conspire with South Kingstown police, to file fraudulent criminal charges against petitioner and deny petitioner access to the courts, this is a matter of record.

Petitioner has been kidnapped by government, from Maricopa County, Arizona, on two occasions, in 2020 and 2023 from fraudulent documents filed in RI.

South Kingstown police attempted a third kidnapping in Hillsborough County, Florida, 2024cf-014078a, September 5th, virtual video zoom jail.

This last attempt to kidnap petitioner in Florida failed, and now are using a fraudulent filing in federal court to attempt to force petitioner into the state of RI for more torture, false charges and deprivations.

This is admitted with a reference of a warrant for petitioner by the south Kingstown police in the federal affidavit.

Christopher Safford? If this is his name, was part of the false arrest in Florida on 05/13/2025 who is employed by the Department of Veterans Affairs, Office of the Inspector General (VA OIG)

Title 38 section 301 is the congressional creation of the VA OIG, and is limited to administrative services for veterans and beneficiaries, there is no jurisdiction authorized to arrest, take

property or take DNA from a person. They are expressly stated as an administrative entity, and petitioner does not consent to anything.

There is public record of Clifford Fantel forging petitioners name on land transfer records and petitioner as stated, has been denied access to courts for any civil remedy.

The South Kingstown police are on record of forum shopping, if this is correctly used as a term if not, the it's a juxtaposition, that is, they use court outside of their jurisdiction to apply for warrants and to fraudulently arrest and kidnap petitioner by employing law enforcement outside of their jurisdiction, this is a matter of records.

This constant attack on petitioner is part of the money petitioner found illegally used while an employee of Dimension Data, at their remote office in Natick, Massachuetts, directly involved with the $67 billion dollar deal between VmWare, EMC and Dell computers, with $3 billion dollars illegally being used from NTT/government of Japan.

NTT is the parent company of Dimension Data, and has since the name Dimension Data has merged as NTT.

Petitioner is entitled as a matter of law for a portion of this accounting fraud just mentioned, and all attempts by a criminal conspiracy have been unabated with denying petitioner this money, prejudicing petitioners character. Secret societies including the freemasons have subverted the judicial process.

Clifford Fantel, is on public records to stealing land previously in a similar fashion, with a false identity of whom Clifford Fantel purchased the land from, the land records state the name of Rick Waters, however, at the same date of this south Kingstown public land transfer, the actual name of this person is Rick McWaters and is found in Holden, Massachusetts land records. Petitioner knows this person is a long time friend of Clifford Fantel and a college frat brother and they remained in contact ever since, and an unusual lis penden lawsuit of this land sale to compel Rick Waters to transfer to Clifford Fantel is on record in South Kingstown, which is irregular for good friends to sue each other to compel a sale and continue to remain close contacts for decades since. This false name used in the land transfer is also implicated with a crime committed in Bedford, New York where the state of New York executed an innocent man. So a dead person identity was used to steal land for the benefit of Clifford Fantel, and a civilly mortus identity being used by Clifford Fantel, these people are observably useful to cover up the Dimension Data/NTT and theft of this money which then president Donald Trump extorted petitioner with releasing this money to unless petitioner was politically useful for Trump.

Petitioner was in direct communication with Donald Trump at the time, is seen live on TV at Trump tower at the time, and this intel petitioner found with this accounting fraud was used to prevent an attack on Donald Trump's life in New York city, this is the basis of being subjected to

Donald Trump, and a governmental interest to coverup crimes by Donald Trump because petitioner refused to be used a civil rights hero, this is directly connected to the claims for this case because it has been since this point of contact that petitioner has been denied due all civil and natural rights, is admitted by ex officio Michael Savage on public radio as exiling petitioner, other song artists have used this to make songs about petitioner such as Taylor Swift and numerous songs including "Exile" and these people were informed about petitioner by Donald Trump who was happy to the extent with petitioner at the time for saving his life to compel enterntainment industry to create and change public products, including the Marvel Avengers movie which they included petitioners crime which Donald Trump sent to initiate petitioner into some sort of secret society and petitioner is a life long member and contributor of Disney and other entertainment industry which petitioner is being unlawfully denied access to from these crimes as well as all public comment, every human trafficking hotline which petitioner has contacted and which they have all refused to communicate with petitioner. This is a wildly broken judicial system, there is only continued deprivations against petitioner, and petitioner remains with the right of agilde against anyone who is so vile, that killing anyone is lawful and not subject to a mulct. A mulct is a common law term for a pecuniary penalty. And with the maxim, the lesser part of the greater, this proscribes petitioner to any corporal punishments as well, which is a greater punishment than a mulct.

These defendants named also document spiritual law in these deprivations against petitioner, and spiritual law cannot impair common law.

Petitioner remains without civil remedy to the kidnapping of petitioners minor child.

Tolling applies to any claims due to public official concealment.

This is prejudicial and selective prosecution from a federal court house, which is expressly cognizable to the united states, which makes this cognizable to a united states court.

The offense has continued in the Middle District court of Florida, giving proper venue to this Middle District court due to intent to continue this conduct at this geographic location.

Claim and relief have been provided.

<u>RELIEF</u>

$1 billion dollars in damages

Injunction/restraining order against the town of south Kingstown, south Kingstown police

Injunction/restraining order against Clifford and Donna Fantel

JOHN FANTEL